**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: RASMUSSEN, DOROTHEA M.     § Case No. 10-01664
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Scott A. Chernich, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $31,355.00         Assets Exempt: $31,355.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,826.62      Claims Discharged
                                                 Without Payment: $71,642.18

Total Expenses of Administration: $67,619.74

---

3) Total gross receipts of $ 120,956.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 41,509.64 (see **Exhibit 2**), yielded net receipts of $79,446.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 67,619.74 | 67,619.74 | 67,619.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 84,065.16 | 83,468.80 | 11,826.62 | 11,826.62 |
| **TOTAL DISBURSEMENTS** | $84,065.16 | $151,088.54 | $79,446.36 | $79,446.36 |

4) This case was originally filed under Chapter 7 on February 16, 2010. The case was pending for 89 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2017           By: /s/Scott A. Chernich
                                           Trustee, Bar No.: 48893

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI settlement | 1242-000 | 120,956.00 |
| **TOTAL GROSS RECEIPTS** | | **$120,956.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RASMUSSEN, DOROTHEA M. | Dividend paid 100.00% on $41,509.64; Claim# SURPLUS; Filed: $41,509.64; Reference: | 8200-002 | 0.00 |
| RASMUSSEN, DOROTHEA M. | Voided Debtor's surplus check because she passed away; confirmed with death certificate | 8200-001 | 0.00 |
| United States Bankruptcy Court | Unclaimed funds due to Debtor's death | 8200-001 | 41,509.64 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$41,509.64** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Scott A. Chernich, Chapter 7 Trustee | 2100-000 | N/A | 7,222.32 | 7,222.32 | 7,222.32 |
| Trustee Expenses - Scott A. Chernich, Chapter 7 Trustee | 2200-000 | N/A | 139.43 | 139.43 | 139.43 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Attorney for Trustee Fees (Trustee Firm) - Foster Swift Collins & Smith PC | 3110-000 | N/A | 5,585.00 | 5,585.00 | 5,585.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Foster Swift Collins & Smith PC | 3120-000 | N/A | 140.38 | 140.38 | 140.38 |
| Other - Clark, Love & Hutson, GP | 3220-000 | N/A | 2,902.92 | 2,902.92 | 2,902.92 |
| Other - Clark, Love & Hutson, GP | 3210-000 | N/A | 48,382.40 | 48,382.40 | 48,382.40 |
| Other - Clark, Love & Hutson, GP | 2990-000 | N/A | 1,745.19 | 1,745.19 | 1,745.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.34 | 54.34 | 54.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 126.96 | 126.96 | 126.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.93 | 93.93 | 93.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.80 | 93.80 | 93.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.60 | 106.60 | 106.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.52 | 93.52 | 93.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.27 | 106.27 | 106.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.46 | 96.46 | 96.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.11 | 93.11 | 93.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.61 | 102.61 | 102.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.04 | 96.04 | 96.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.52 | 96.52 | 96.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.94 | 81.94 | 81.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $67,619.74 | $67,619.74 | $67,619.74 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None ||||||| 
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,271.56 | 11,382.34 | 11,382.34 | 11,382.34 |
| 1I | Discover Bank | 7990-000 | N/A | 289.02 | 289.02 | 289.02 |
| 2 | CONSUMERS ENERGY COMPANY | 7100-000 | 151.42 | 151.42 | 151.42 | 151.42 |
| 2I | CONSUMERS ENERGY COMPANY | 7990-000 | N/A | 3.84 | 3.84 | 3.84 |
| 3 | Airlink Homecare, Inc. | 7200-000 | N/A | 150.00 | 0.00 | 0.00 |
| 4 | Bank of America | 7200-000 | N/A | 32,299.18 | 0.00 | 0.00 |
| 5 | Bank of America | 7200-000 | N/A | 4,764.10 | 0.00 | 0.00 |
| 6 | Blue Cross Blue Shield | 7200-000 | N/A | 787.17 | 0.00 | 0.00 |
| 7 | Bronson Women's Health Center | 7200-000 | N/A | 97.00 | 0.00 | 0.00 |
| 8 | Bronson Methodist Hospital | 7200-000 | N/A | 25.00 | 0.00 | 0.00 |
| 9 | Borgess Medical Center | 7200-000 | N/A | 1,634.05 | 0.00 | 0.00 |
| 10 | Citibank Mastercard | 7200-000 | N/A | 14,064.69 | 0.00 | 0.00 |
| 11 | Citibank Mastercard | 7200-000 | N/A | 2,920.50 | 0.00 | 0.00 |
| 12 | Dell Financial Services | 7200-000 | N/A | 2,622.58 | 0.00 | 0.00 |
| 13 | Kalamazoo Anesthesiology | 7200-000 | N/A | 459.07 | 0.00 | 0.00 |
| 14 | Meijer | 7200-000 | N/A | 2,039.63 | 0.00 | 0.00 |
| 15 | Movie Gallery | 7200-000 | N/A | 12.87 | 0.00 | 0.00 |
| 16 | Neurosurgery of Kalamazoo | 7200-000 | N/A | 1,043.49 | 0.00 | 0.00 |
| 17 | Promed Healthcare | 7200-000 | N/A | 127.00 | 0.00 | 0.00 |
| 18 | Quest Diagnostics | 7200-000 | N/A | 72.86 | 0.00 | 0.00 |
| 19 | Surgery Center of Kalamazoo | 7200-000 | N/A | 150.38 | 0.00 | 0.00 |
| 20 | The Home Depot | 7200-000 | N/A | 2,806.61 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Toyota Motor Credit | 7200-000 | N/A | 5,566.00 | 0.00 | 0.00 |
| NOTFILED | Bronson Methodist Hospital | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Mastercard | 7100-000 | 14,064.69 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Mastercard | 7100-000 | 2,920.50 | N/A | N/A | 0.00 |
| NOTFILED | Borgess Medical Center | 7100-000 | 1,634.05 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 4,764.10 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 32,299.18 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 2,622.58 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield | 7100-000 | 787.17 | N/A | N/A | 0.00 |
| NOTFILED | Promed Healthcare | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Kalamazoo Anesthesiology | 7100-000 | 459.07 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit | 7100-000 | 5,566.00 | N/A | N/A | 0.00 |
| NOTFILED | Women's Health Center Spec. | 7100-000 | 97.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot | 7100-000 | 2,806.61 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 72.86 | N/A | N/A | 0.00 |
| NOTFILED | Surgery Center of Kalamazoo | 7100-000 | 150.38 | N/A | N/A | 0.00 |
| NOTFILED | Movie Gallery | 7100-000 | 12.87 | N/A | N/A | 0.00 |
| NOTFILED | Airlink Homecare, Inc. | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Neurosurgery of Kalamazoo | 7100-000 | 1,043.49 | N/A | N/A | 0.00 |
| NOTFILED | Meijer | 7100-000 | 2,039.63 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $84,065.16 | $83,468.80 | $11,826.62 | $11,826.62 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-01664  
**Case Name:** RASMUSSEN, DOROTHEA M.  

**Trustee:** (420260) Scott A. Chernich, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 02/16/10 (f)  
**§341(a) Meeting Date:** 04/16/10  

**Period Ending:** 08/07/17  
**Claims Bar Date:** 10/21/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account - Dedicated to Social Security | 20,450.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | Savings Account - Joint with Daughter | 1,700.00 | 0.00 | | 0.00 | FA |
| 6 | Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Savings Account | 5.00 | 0.00 | | 0.00 | FA |
| 8 | Household Goods & Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 Mercury Sable | 1,800.00 | 0.00 | | 0.00 | FA |
| 12 | PI settlement (u) | 121,000.00 | 121,000.00 | | 120,956.00 | FA |
| 12 | Assets Totals (Excluding unknown values) | $152,355.00 | $121,000.00 | | $120,956.00 | $0.00 |

**Major Activities Affecting Case Closing:**

8/7/17 TDR at UST; deactivate after 12-31-2017 annual report

7-5-17 Rabo bank accidently took bank fees of $87.67 from account for monthly fees; they are reversing the withdrawal today

6-30-17 pd dividends; TDR in August

5-25-17 TFR served by court

5-18-17 TFR at UST

4-13-17 notice re withdrawn claim served by Court; 21 day objection period up 5-5-17

3--23-17 withdraw claims filed by trustee; further research for heirs

3-9-17 TFR at UST

2-22-17 tx w/ Kzoo County Clerk, Debtor passed away; no probate estate opened

2-13-17 filed claims

2-3-17 w/draw motion and file claims

1-23-17 efiled motion to pay excess funds to State of MI

1-5-17 rec'd order approving FS atty fees; draft motion

11-30-16 efiled FS atty fee petition

11-10-16 preparing attorney fee petition

11-2-16 efiled CONO on atty appointment

10-3-16 efiled atty appointment docs for FSCS

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-01664  
**Case Name:** RASMUSSEN, DOROTHEA M.  
**Period Ending:** 08/07/17

**Trustee:** (420260) Scott A. Chernich, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 02/16/10 (f)  
**§341(a) Meeting Date:** 04/16/10  
**Claims Bar Date:** 10/21/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 8-15-16 sent letters to more potential heirs | | | | | |
| 6-27-16 sent letter to potential heir to contact us | | | | | |
| 5-18-16 letter to debtor to contact trustee | | | | | |
| 4-4-16 called creditors to file claims | | | | | |
| 3-2-16 efiled extension to file claims | | | | | |
| 2-16-16 rec'd settlement check | | | | | |
| 2-4-16 email to atty for status of check | | | | | |
| 12-28-15 signed additional settlement agreement | | | | | |
| 10-14-15 settlement agreement to attys; waiting for settlement funds | | | | | |
| 9-29-15 after receiving settlement order sign settlement agreement | | | | | |
| 9-24-15 rec'd atty fee order | | | | | |
| 9-17-15 efled CONOs on settlement and atty fees | | | | | |
| 8-17-15 efiled motion for settlement and motion for atty fees | | | | | |
| 8-10-15 emailed motion to approve settlement and atty fee petition to attys for approval | | | | | |
| 7-23-15 rec'd offer of settlement on PI claim | | | | | |

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** May 18, 2017 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-01664  
**Case Name:** RASMUSSEN, DOROTHEA M.  

**Taxpayer ID #:** **-***2129  
**Period Ending:** 08/07/17  

**Trustee:** Scott A. Chernich, Chapter 7 Trustee (420260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/16/16 | | Clark Love Hutson GP | Settlement on class action law suit | | 113,663.01 | | 113,663.01 |
| | {12} | | 120,956.00 | 1242-000 | | | 113,663.01 |
| | | Clark, Love & Hutson, GP | 4% MDL Fee         -4,838.24 | 3210-000 | | | 113,663.01 |
| | | Clark, Love & Hutson, GP | 1% MDL Fee         -1,209.56 | 3220-000 | | | 113,663.01 |
| | | Clark, Love & Hutson, GP | Medicare           -1,214.54 | 2990-000 | | | 113,663.01 |
| | | Clark, Love & Hutson, GP | MI MCO fee            -30.65 | 2990-000 | | | 113,663.01 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.34 | 113,608.67 |
| 03/03/16 | 101 | Clark, Love & Hutson, GP | Attorney fees per court order dated 9-23-15 | 3210-000 | | 48,382.40 | 65,226.27 |
| 03/03/16 | 102 | Clark, Love & Hutson, GP | Attorney expenses per court order dated 9-23-15 | 3220-000 | | 2,902.92 | 62,323.35 |
| 03/03/16 | 103 | Clark, Love & Hutson, GP | Pr court order: Medicare Lien $1,214.54; Kalamazoo lien $30.65; Court fee $500 | | | 1,745.19 | 60,578.16 |
| | | | Refund of Medicare lien    1,214.54 | 2990-000 | | | 60,578.16 |
| | | | Refund of Kalamazoo Lien      30.65 | 2990-000 | | | 60,578.16 |
| | | | Court costs per civil court order    500.00 | 2990-000 | | | 60,578.16 |
| 03/18/16 | | Clark, Love & Hutson, GP | Refund of fees, expenses and liens that were already disbursed before receiving settlement check | | | -7,292.99 | 67,871.15 |
| | | Clark, Love & Hutson, GP | Refund - 1% MDL Fee    -1,209.56 | 3220-000 | | | 67,871.15 |
| | | Clark, Love & Hutson, GP | Refund - Medicare lien  -1,214.54 | 2990-000 | | | 67,871.15 |
| | | Clark, Love & Hutson, GP | Refund - 4% MDL Fee    -4,838.24 | 3210-000 | | | 67,871.15 |
| | | Clark, Love & Hutson, GP | Refund for Kzoo County lien   -30.65 | 2990-000 | | | 67,871.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.96 | 67,744.19 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.93 | 67,650.26 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.80 | 67,556.46 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.60 | 67,449.86 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.52 | 67,356.34 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.27 | 67,250.07 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.46 | 67,153.61 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.11 | 67,060.50 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.61 | 66,957.89 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.04 | 66,861.85 |
| 01/05/17 | 104 | Foster Swift Collins & Smith PC | Attorney fees per court order dated 1-4-17 | 3110-000 | | 5,585.00 | 61,276.85 |
| 01/05/17 | 105 | Foster Swift Collins & Smith PC | Attorney costs per court order dated 1-4-17 | 3120-000 | | 140.38 | 61,136.47 |

Subtotals :    $113,663.01    $52,526.54

{} Asset reference(s)  
Printed: 08/07/2017 01:05 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-01664  
**Case Name:** RASMUSSEN, DOROTHEA M.  
**Taxpayer ID #:** **-***2129  
**Period Ending:** 08/07/17

**Trustee:** Scott A. Chernich, Chapter 7 Trustee (420260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.52 | 61,039.95 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.94 | 60,958.01 |
| 06/30/17 | 106 | Scott A. Chernich, Chapter 7 Trustee | Dividend paid 100.00% on $7,222.32, Trustee Compensation; Reference: | 2100-000 | | 7,222.32 | 53,735.69 |
| 06/30/17 | 107 | United States Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 53,475.69 |
| 06/30/17 | 108 | Scott A. Chernich, Chapter 7 Trustee | Dividend paid 100.00% on $139.43, Trustee Expenses; Reference: | 2200-000 | | 139.43 | 53,336.26 |
| 06/30/17 | 109 | Discover Bank | Dividend paid 100.00% on $11,382.34; Claim# 1; Filed: $11,382.34; Reference: | 7100-000 | | 11,382.34 | 41,953.92 |
| 06/30/17 | 110 | CONSUMERS ENERGY COMPANY | Dividend paid 100.00% on $151.42; Claim# 2; Filed: $151.42; Reference: | 7100-000 | | 151.42 | 41,802.50 |
| 06/30/17 | 111 | Discover Bank | Dividend paid 100.00% on $289.02; Claim# 1I; Filed: $289.02; Reference: | 7990-000 | | 289.02 | 41,513.48 |
| 06/30/17 | 112 | RASMUSSEN, DOROTHEA M. | Dividend paid 100.00% on $41,509.64; Claim# SURPLUS; Filed: $41,509.64; Reference: Voided on 06/30/17 | 8200-002 | | 41,509.64 | 3.84 |
| 06/30/17 | 112 | RASMUSSEN, DOROTHEA M. | Dividend paid 100.00% on $41,509.64; Claim# SURPLUS; Filed: $41,509.64; Reference: Voided: check issued on 06/30/17 | 8200-002 | | -41,509.64 | 41,513.48 |
| 06/30/17 | 113 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7990-000 | | 3.84 | 41,509.64 |
| 06/30/17 | 114 | RASMUSSEN, DOROTHEA M. | Voided Debtor's surplus check because she passed away; confirmed with death certificate Voided on 06/30/17 | 8200-001 | | 41,509.64 | 0.00 |
| 06/30/17 | 114 | RASMUSSEN, DOROTHEA M. | Voided Debtor's surplus check because she passed away; confirmed with death certificate Voided: check issued on 06/30/17 | 8200-001 | | -41,509.64 | 41,509.64 |
| 06/30/17 | 115 | United States Bankruptcy Court | Unclaimed funds due to Debtor's death | 8200-001 | | 41,509.64 | 0.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.67 | -87.67 |
| 07/05/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -87.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 113,663.01 | 113,663.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 113,663.01 | 113,663.01 | |
| | | | Less: Payments to Debtors | | | 41,509.64 | |
| | | | **NET Receipts / Disbursements** | | **$113,663.01** | **$72,153.37** | |

{} Asset reference(s)

Printed: 08/07/2017 01:05 PM  V.13.30

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-01664 | **Trustee:** Scott A. Chernich, Chapter 7 Trustee (420260) |
| **Case Name:** RASMUSSEN, DOROTHEA M. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3866 - Checking Account |
| **Taxpayer ID #:** **-***2129 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 08/07/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 113,663.01 | |
| Plus Gross Adjustments : | 7,292.99 | |
| Less Payments to Debtor : | 41,509.64 | |
| Net Estate : | $79,446.36 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3866** | 113,663.01 | 72,153.37 | 0.00 |
| | $113,663.01 | $72,153.37 | $0.00 |

{} Asset reference(s)            Printed: 08/07/2017 01:05 PM    V.13.30