UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:                                              Hon. SCOTT W. DALES

DORTHEA M. RASMUSSEN,                               File #DK10-01664

    Debtor.                                         Chapter 7

_____/

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

    The attached check in the amount of $41,509.64 represents an unclaimed dividend in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). I have learned that the Debtor passed away and confirmed the death by obtaining the death certificate.

    The name and last known address of the creditor entitled to the unclaimed dividend is as follows:

| Creditor Name | Last Known Creditor Address | Claim No. | Amount of Dividend |
|---|---|---|---|
| Dorothea M. Rasmussen | 340 12th Street, Plainwell, MI 49080 | Surplus | $41,509.64 |

* Check is less than $5.00 so it is being forwarded to the Court.

Dated: June 30, 2017        By:   /s/ Scott A. Chernich
                                                    Scott A. Chernich (P48893)
                                                    Chapter 7 Trustee
                                                    313 S. Washington Sq.
                                                    Lansing, MI 48933
                                                    (517) 371-8133
                                                    schernich@fosterswift.com

13333:94356:3191941-1

```
    UNITED STATES
   BANKRUPTCY COURT
  WESTERN DISTRICT OF MICHIGAN
     GRAND RAPIDS DIVISION

 # 276621        -- LL
 * * C O P Y * *
    July 05, 2017
       10:55:14

    UNCLAIMED FUNDS
     10-01664-SWD7
Debtor.: DOROTHEA M. RASMUSSEN
Judge..: SCOTT W. DALES
Trustee: SCOTT CHERNICH
Amount.:          $41,509.64 CH
Check#.: 115



Total-> $41,509.64


FROM: CHERNICH
```